IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:25CR190** |
| vs. | |
| JOVITO BRAKWAITTE-BLANCO, | **ORDER** |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Tregg R. Lunn to withdraw as counsel for the defendant, Jovito Brakwaitte-Blanco (Filing No. 424).  For good cause shown, the motion will be granted. Karen C. Hicks, 1941 South 42nd Street, Suite 500, Omaha, NE 68105, (402) 932-9027, is appointed to represent the defendant for the remainder of the proceedings and shall forthwith file an appearance in this matter. Tregg R. Lunn's motion to withdraw (Filing No. 424) is granted.

Tregg R. Lunn shall forthwith provide Karen C. Hicks any discovery materials provided to the defendant by the government and any such other materials obtained by Tregg R. Lunn which are material to Jovito Brakwaitte-Blanco's defense.

The clerk shall provide a copy of this order to Karen C. Hicks.

**IT IS SO ORDERED.**

Dated this 1st day of June, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge